UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY GRAND JURY 2010
MAY 24, 2011 SESSION

FILED
MAY 24 2011
TERESA L. DEPPNER, CLERK
U.S. District Court
Southern District of West Virginia

**SEALED**

UNITED STATES OF AMERICA

v.                              CRIMINAL NO. 1:11-00128
                                21 U.S.C. § 841(a)(1)
                                18 U.S.C. § 2

ROGER LEE STABLES, JR.
VINEY JEAN STABLES            **SEALED**

## I N D I C T M E N T

The Grand Jury Charges:

### COUNT ONE

On or about November 3, 2010, at or near Montcalm, Mercer County, West Virginia, and within the Southern District of West Virginia, defendant ROGER LEE STABLES, JR. knowingly and intentionally distributed a quantity of marijuana, a Schedule I controlled substance, for remuneration.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT TWO

On or about November 10, 2010, at or near Montcalm, Mercer County, West Virginia, and within the Southern District of West Virginia, defendant ROGER LEE STABLES, JR. knowingly and intentionally distributed a quantity of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT THREE

On or about November 12, 2010, at or near Montcalm, Mercer County, West Virginia, and within the Southern District of West Virginia, defendant ROGER LEE STABLES, JR. knowingly and intentionally distributed a quantity of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1).

## COUNT FOUR

On or about January 4, 2011, at or near Montcalm, Mercer County, West Virginia, and within the Southern District of West Virginia, defendants VINEY JEAN STABLES and ROGER LEE STABLES, JR., aided and abetted by each other, knowingly and intentionally distributed a quantity of oxycodone, a Schedule II controlled substance.

In violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

                                       R. BOOTH GOODWIN II
                                       United States Attorney

By: _____
       MILLER BUSHONG
       Assistant United States Attorney